Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
Justin M. Gomes (SBN 301793)
jgomes@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiffs

Carla M. Wirtschafter (SBN 292142)
Email:  cwirtschafter@reedsmith.com
Jordan W. Siev (*pro hac vice forthcoming*)
Email: jsiev@reedsmith.com
REED SMITH LLP
1901 Avenue of the Stars, Suite 700
Los Angeles, CA  90067-6078
Telephone:   (310) 734-5200
Facsimile:    (310) 734-5299

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ARISH AHMAD KHAN, p/k/a "KING KHAN", an individual; and SABAA LOUISE AHMAD KHAN, p/k/a "SABA LOU", an individual,

Plaintiffs,

vs.

ROBYN RIHANNA FENTY, an individual; and DOES 1 through 10, inclusive,

Defendants.

Case No.: 2:20-cv-11555-DSF-MRW

*[Hon. Dale S. Fischer]*

**STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

Complaint Filed:  December 22, 2020
Current Response Date: March 1, 2021
New Response Date: March 15, 2021

## STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT

On December 22, 2020, Plaintiffs Arish Ahmad Khan, p/k/a "King Khan" and Saba Louise Ahmad Khan, p/k/a "Saba Lou" ("Plaintiffs") against Rihanna Robyn Fenty ("Defendant"). Counsel for Defendant executed a waiver of service on December 31, 2020.

The current due date for Defendant's response is March 1, 2021. This is the first request for extension by Defendant in this case.

Therefore, Pursuant to Local Rule 8-3, Plaintiffs, by and through their counsel of record, and Defendant, by and through her counsel of record, stipulate that Defendant may have up to, and including, March 15, 2021 to file a response to the Complaint in this action.

The Parties therefore stipulate and agree that Defendant may have up to and including March 15, 2021 to file a pleading or motion in response to the Complaint.

**SO STIPULATED.**

**DONIGER / BURROUGHS**

*/s/ Scott Alan Burroughs*
Scott Alan Burroughs
Justin M. Gomes
Attorneys for Plaintiffs

Dated: February 23, 2021

**REED SMITH LLP**

*/s/ Carla M. Wirtschafter*
Carla M. Wirtschafter
Jordan W. Siev (*pro hac vice forthcoming*)
Attorneys for Defendant

Dated: February 23, 2021

## ATTESTATION OF FILER

I, Scott Alan Burroughs, the filer of this document on the Court's CM/ECF system, hereby attest that all other signatories hereto, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 23, 2021          By:   */s/ Scott Alan Burroughs*
                                        Scott Alan Burroughs

REED SMITH LLP
A limited liability partnership formed in the State of Delaware