Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
Justin M. Gomes (SBN 301793)
jgomes@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiffs

Carla M. Wirtschafter (SBN 292142)
Email:  cwirtschafter@reedsmith.com
Jordan W. Siev (*pro hac vice forthcoming*)
Email: jsiev@reedsmith.com
REED SMITH LLP
1901 Avenue of the Stars, Suite 700
Los Angeles, CA  90067-6078
Telephone:   (310) 734-5200
Facsimile:   (310) 734-5299

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ARISH AHMAD KHAN, p/k/a
"KING KHAN", an individual; and
SABAA LOUISE AHMAD KHAN,
p/k/a "SABA LOU", an individual,
                    Plaintiffs,

    vs.

ROBYN RIHANNA FENTY, an
individual; and DOES 1 through
10, inclusive,
                    Defendants.

Case No.: 2:20-cv-11555-DSF-MRW

*[Hon. Dale S. Fischer]*

**STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

Complaint Filed:  December 22, 2020
Original Response Date: March 1, 2021
New Response Date: March 31, 2021

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1

## STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT

2
3
4
5

On December 22, 2020, Plaintiffs Arish Ahmad Khan, p/k/a "King Khan" and Saba Louise Ahmad Khan, p/k/a "Saba Lou" ("Plaintiffs") against Rihanna Robyn Fenty ("Defendant"). Counsel for Defendant executed a waiver of service on December 31, 2020.

6

The original response deadline was March 1, 2021.

7
8

On February 23, 2021, pursuant to Local Rule 8-3, the parties filed a stipulation to extend the due date for Defendant's response by 14 days, to March 15, 2021.

9
10

On March 15, 2021, pursuant to Local Rule 8-3, the parties filed a stipulation to extend the due date for Defendant's response by 7 days, to March 22, 2021.

11
12
13
14

Pursuant to Local Rule 8-3, Plaintiffs, by and through their counsel of record, and Defendant, by and through her counsel of record, stipulate that Defendant may have up to, and including, March 31, 2021 to file a response to the Complaint in this action.

15
16

The Parties therefore stipulate and agree that Defendant may have up to and including March 31, 2021 to file a pleading or motion in response to the Complaint.

17

**SO STIPULATED.**

18

19

**DONIGER / BURROUGHS**

**REED SMITH LLP**

20

*/s/ Scott Alan Burroughs*
Scott Alan Burroughs
Justin M. Gomes
Attorneys for Plaintiffs

21

22

Dated: March 22, 2021

23

*/s/ Carla M. Wirtschafter*
Carla M. Wirtschafter
Jordan W. Siev (*pro hac vice forthcoming*)
Attorneys for Defendant

Dated: March 22, 2021

24

25

26

27

28

STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT
BY NOT MORE THAN 30 DAYS (L.R. 8-3)

**ATTESTATION OF FILER**

I, Scott Alan Burroughs, the filer of this document on the Court's CM/ECF system, hereby attest that all other signatories hereto, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: March 22, 2021                 By:   */s/ Scott Alan Burroughs*
                                              Scott Alan Burroughs

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT
BY NOT MORE THAN 30 DAYS (L.R. 8-3)