Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
Justin M. Gomes (SBN 301793)
jgomes@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiffs

Carla M. Wirtschafter (SBN 292142)
Email: cwirtschafter@reedsmith.com
Jordan W. Siev (*pro hac vice forthcoming*)
Email: jsiev@reedsmith.com
REED SMITH LLP
1901 Avenue of the Stars, Suite 700
Los Angeles, CA 90067-6078
Telephone:  (310) 734-5200
Facsimile:   (310) 734-5299

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARISH AHMAD KHAN, p/k/a "KING KHAN", an individual; and SABAA LOUISE AHMAD KHAN, p/k/a "SABA LOU", an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>ROBYN RIHANNA FENTY, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-11555-DSF-MRW<br><br>*[Hon. Dale S. Fischer]*<br><br>**JOINT NOTICE OF SETTLEMENT AND STIPULATED REQUEST TO EXTEND DEFENDANT'S RESPONSE DEADLINE (L.R. 40-1)**<br><br>*[Filed concurrently with [Proposed] Order]*<br><br>Complaint Filed: December 22, 2020 |

# JOINT NOTICE OF SETTLEMENT AND REQUEST TO EXTEND DEFENDANT'S RESPONSE DEADLINE

Plaintiffs Arish Ahmad Khan, p/k/a "King Khan" and Saba Louise Ahmad Khan, p/k/a "Saba Lou" ("Plaintiffs") and Rihanna Robyn Fenty ("Defendant"). hereby advise the Court that they have reached an agreement in principle to resolve the above referenced matter. The Parties are working on finalizing a formal settlement agreement.  Once all of the appropriate signatures have been obtained, an executed Stipulation of Dismissal With Prejudice will be filed with the Court.

Defendant's deadline to file a responsive pleading is March 31, 2021.  In light of the foregoing, the Parties stipulate and jointly request the Court to extend Defendant's response deadline by 30 days, from March 31, 2021 to until April 30, 2021.

**SO STIPULATED.**

**DONIGER / BURROUGHS**

*/s/ Scott Alan Burroughs*
Scott Alan Burroughs
Justin M. Gomes
Attorneys for Plaintiffs

Dated: March 29, 2021

**REED SMITH LLP**

*/s/ Carla M. Wirtschafter*
Carla M. Wirtschafter
Jordan W. Siev (*pro hac vice forthcoming*)
Attorneys for Defendant

Dated: March 29, 2021

## ATTESTATION OF FILER

I, Scott Alan Burroughs, the filer of this document on the Court's CM/ECF system, hereby attest that all other signatories hereto, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: March 29, 2021        By:   */s/ Scott Alan Burroughs*
                                                Scott Alan Burroughs