AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| **DOCKET NO.** 2:20-cv-11555-DSF-MRW **DATE FILED** 12/22/2020 | United States District Court-Central District of California<br>350 W. 1st Street<br>Los Angeles, California 90012 |
| **PLAINTIFF**<br>ARISH AHMAD KHAN, p/k/a "KING KHAN", an individual; and SABAA LOUISE AHMAD KHAN, p/k/a "SABA LOU", an individual | **DEFENDANT**<br>ROBYN RIHANNA FENTY, an individual; and DOES 1 through 10, inclusive |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | SR 871-015 | Good Habits (and Bad) | Saba Lou and King Khan |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order  ☐ Judgment<br>"Notice of Voluntary Dismissal" | ☐ Yes  ☑ No | 04/28/2021 |
| **CLERK**<br>Kiry Gray | **(BY) DEPUTY CLERK**<br>/s/ J. Lam | **DATE**<br>06/17/2021 |

3) Upon termination of action, mail copy to Register of Copyrights

Print   Save As...   Reset